470 A.2d 1045

Dougherty v. Ricciardi, Appellant.

Argued December 7, 1983. Lawrence J. Avallone, for appellant; Joseph T. Quinn, for appellees.

Before CAVANAUGH, BROSKY and POPOVICH, JJ.

Order affirmed.

470 A.2d 1045

Eter, Appellant, v. College Misericordia.

Submitted November 4, 1983. Patrick J. Flannery, for appellant; Donald H. Brobst, for appellees.

Before ROWLEY, BECK and MONTGOMERY, JJ.

Order affirmed.